IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA DUNN and PATRICE MACHIKAS, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    CIVIL ACTION NO. 10-1662 <br> : |
| MERCEDES BENZ OF FT. WASHINGTON, INC. *et al.*, | : <br> : <br> : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 9th day of February, 2012, upon careful consideration of plaintiff Regina Dunn's motion for partial summary judgment against corporate defendants Mercedes-Benz of Fort Washington, Inc., and Condor Automotive Group, LLC (document no. 40), the corporate defendants' opposition thereto, and Dunn's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**. Trial in this matter is scheduled for April 16, 2012, at 10:00 a.m.

                                                                                /s/ William H. Yohn, Jr.
                                                                                  William H. Yohn, Jr., Judge