IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINA DUNN** : | CIVIL ACTION NO. 10-1662 |
| and : | |
| **PATRICE MACHIKAS** : | |
| **Plaintiffs** : | |
| v. : | |
| **CONDOR AUTOMOTIVE GROUP, LLC,** : | |
| et al. : | |
| **Defendants** : | |

### ORDER

**AND NOW**, this _____ day of _____, 2012, upon consideration of Plaintiffs', Regina Dunn and Patrice Machikas, **Motion for Spoliation Inference**, and Defendants' response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **GRANTED, Plaintiffs' Motion is granted, and the jury will be instructed regarding an appropriate adverse inference.**

BY THE COURT:

_____
William H. Yohn, Jr., J.