IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA DUNN, <u>ET</u> <u>AL</u>. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MERCEDES-BENZ OF FORT WASHINGTON, INC., <u>ET</u> <u>AL</u>. | : |
| | : NO. 10cv1662 |

<u>O R D E R</u>

**AND NOW**, this 12th day of April, 2012, after oral argument before the undersigned, and upon consideration of:

    1.  Motion in Limine to Preclude and Estop Defendants from Attempting to Refute (Document No. 89);

    2.  Motion in Limine to Exclude Evidence of Hearsay Statements Allegedly Made by Joseph Esposito (Document No. 90);

    3.  Motion in Limine to Exclude Evidence of Irrelevant and Overly Prejudicial Hearsay Statements (Document No. 91);

    4.  Motion in Limine to Preclude Defendants from Using at Trial over 4500 Documents (Document No. 92);

    5.  Motion in Limine for Spoliation Inference (Document No. 93);

    6.  Motion in Limine to Preclude Evidence Regarding Greaves Complaint (Document No. 100);

    7.  Motion in Limine to Preclude Evidence Regarding Kilcur Opinions (Document No. 101);

    8.  Motion in Limine (Document No. 102)

**IT IS HEREBY ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART** as set forth on the record.

                                                                    s/William H. Yohn Jr.
                                                                      William H. Yohn Jr., Judge